# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**HARRIET W. HARMON**                                                                                                              **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO.: 4:19-cv-90-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                   **DEFENDANT**

## ORDER GRANTING UNOPPOSED MOTION FOR REMAND

THIS CAUSE having come on for hearing on the Defendant's Unopposed Motion for Remand [ECF No. 18] and this Court, having considered the same and being fully advised in the premises, and noting that Plaintiff Harriet W. Harmon has no objection, is of the opinion that said Unopposed Motion for Remand is well taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant's Unopposed Motion for Remand is GRANTED, and this matter is REVERSED and REMANDED for further action by the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that the Administrative Law Judge will give further consideration to the residual functional capacity assessment and evaluate all the medical evidence of record. The Social Security Administration will provide Plaintiff Harriet W. Harmon the opportunity for an additional hearing and the opportunity to submit additional medical evidence. As warranted, the Social Security Administration may obtain supplemental evidence from a vocational expert.

This, the 18th day of December, 2019.

                                                                                   /s/ Jane M. Virden
                                                                                   UNITED STATES MAGISTRATE JUDGE