IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

HARRIET W. HARMON                                                    PLAINTIFF

v.                                                    CIVIL ACTION NO.: 4:19-cv-90-JMV

COMMISSIONER OF SOCIAL SECURITY                                     DEFENDANT

## FINAL JUDGMENT

Consistent with the Order [20] granting Defendant's motion for remand of this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

This, the 18th day of December, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**