IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

HARRIET W. HARMON,

    Plaintiff,

v.                                 Civil Action No. 4:19-cv-00090- JMV

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

## ORDER

**BEFORE THE COURT** is Plaintiff's Petition for Award of Attorney Fees Under the Equal Access to Justice Act [22]. For the reasons stated in Plaintiff's petition, and hearing no objection from Defendant, it is hereby ORDERED that Plaintiff's petition for attorney fees under the Equal Access to Justice Act is GRANTED, and Plaintiff is awarded $7,301.36 in attorney fees. Pursuant to *Astrue vs. Ratliff*, 130 S. Ct. 2521, 2524 (2010), the check should be made payable to Plaintiff and mailed to Plaintiff's Counsel.

SO ORDERED this 30th day of March, 2020.

                                                  /s/ Jane M. Virden
                                                 United States Magistrate Judge